ATTACHMENT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AIDS HEALTHCARE FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> SERONO INC., DOES 1-50, <br><br> Defendants. | ) ) ) ) ) Civil No. 04-12104-GAO ) ) ) ) ) ) ) ) |

**JOINT STIPULATION OF DISMISSAL**

The United States of America and the Relator AIDS Healthcare Foundation, by and through its undersigned attorneys, hereby file this joint stipulation of dismissal of all federal claims in this *qui tam* action against Serono, Inc. ("Serono").

The United States, Relators and Serono have reached an amicable resolution of this matter. (A copy of the document incorporating the terms of this resolution ["the Settlement Agreement"] is attached.) The parties agreed that, upon receipt by the United States of the Federal Settlement Amount (as defined in paragraph one of the Settlement Agreement), the United States and Relators would file a stipulation of dismissal as to all federal claims against Serono that would be (i) with prejudice to the United States and Relators as to the Covered Conduct, and (ii) with prejudice to Relators and without prejudice to the United States as to all remaining allegations in Relators' *qui tam* action. The Covered Conduct is defined in Paragraph I of the Preamble of the Settlement Agreement. A stipulated dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate because the Complaint has not been served upon Serono and consequently Serono has never answered or otherwise responded.

pursuant against the United States under the False Claims Act arising out of the filing of this action and any other claims to a share of the proceeds of this action. Relators further stipulate that payment by Serono of Relators' attorneys' fees and expenses pursuant to the Settlement Agreement shall constitute full and final satisfaction of any claims to such fees and expenses in connection with this matter.

The United States has received the Federal Settlement Amount from Serono. Accordingly, pursuant to the terms of the Settlement Agreement, the United States and Relators submit a proposed Order for dismissal of all federal claims against Serono (i) with prejudice to the United States and Relators as to the Covered Conduct, and (ii) with prejudice to Relators and without prejudice to the United States as to all remaining allegations in Relators' *qui tam* action.

A proposed order is also filed herewith.

                              Respectfully submitted,

                              PETER D. KEISLER
                              Assistant Attorney General

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: 12/19/05

                              JENNIFER BOAL
                              Civil Chief
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3278

Dated: 12/19/05

                              MICHAEL F. HERTZ
                              JOYCE R. BRANDA
                              CAROL WALLACK
                              Attorneys, Civil Division
                              Commercial Litigation Branch
                              601 D Street, NW  Room 9218
                              Washington, DC 20530
                              (202) 616-0345

                    By:                    
                              Lawrence M. Kraus
                              Foley & Lardner
                              Counsel for Relator AHF