# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

U.S. ex rel. AHF

v.

Case No. 04-12104

Serono

# R E C E I P T

Return by the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

#28, #9, #8, #7, #5, #6, #4
Notice of Seal Breach, #17, #18, #11, #12, #15,
#13, #14, #16, #22, #20, #19

Name: Jennifer C. Boal
Address: USAO
One Courthouse Way
Telephone: (617) 748-3310

Date: 10/23/06

(Exhibit&docs Receipt.wpd - 09/96)